KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN JENSEN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 2:16-CV-01428-KJN<br><br>ORDER APPROVING STIPULATION RE: EXTENSION TO FILE PL'S MSJ |

The parties hereby stipulate by counsel, Plaintiff shall have a first 30-day extension of time to file Plaintiff's opening brief, in accordance with the scheduling order. Plaintiff's counsel has a heavy caseload at this time and has three briefs due on the same day. Counsel is a solo practitioner and has no other attorneys to help with this caseload at this time. The Opening Brief shall now be due on February 6, 2017.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1

Dated January 6, 2017:        /s/ Kelsey M Brown
                              KELSEY MACKENZIE BROWN CA #263109
                              Mackenzie Legal, PLLC
                              1003 Whitman Street
                              Tacoma, WA 98406
                               (206) 300-9063
                              Attorney for Plaintiff

Dated January 6, 2017:        s/ KELSEY M. BROWN for Sharon Lahey
                              SHARON LAHEY
                              (per e-mail authorization)
                              Special Assistant U.S. Attorney
                              Office of the General Counsel


                              Of Attorneys for Defendant


                                    ORDER

The Court APPROVES the parties' stipulation as outlined above. Plaintiff's opening brief is due on February 6, 2017.  The Court's Scheduling Order (ECF No. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:  January 11, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Page 2